**Stevie DAVIS, Appellant,**

v.

**STATE of Missouri, Appellant.**

**No. WD 50696.**

Missouri Court of Appeals,
Western District.

Nov. 28, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

**ORDER**

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).

■

**Kristin OBERHELLMANN, Respondent,**

v.

**Elmer OBERHELLMANN, Appellant.**

**No. 67459.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 28, 1995.

Richard E. Schwartz, James E. Parrot, St. Louis, for appellant.

Catalina Margarita Alvarez, Clayton, for respondent.

Before REINHARD, P.J., KAROHL, J., and RONNIE L. WHITE, Senior Judge.

*ORDER*

PER CURIAM.

Elmer C. Oberhellmann appeals from orders pendente lite and the denial of his motion to extend the time for discovery in this dissolution of marriage action. No jurisprudential purpose would be served by an extended written opinion. The parties have been furnished, for their information only, a memorandum opinion setting forth the reasons for this order. The judgments of the trial court are affirmed in accordance with Rule 84.16(b).